MHN

STATE OF ILLINOIS )
) SS
COUNTY OF ST. CLAIR )

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NOTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| REHABCARE GROUP EAST, INC. d/b/a REHABCARE GROUP THERAPY SERVICES, INC. | )<br>)<br>)<br>) Case No. 07-C-2565 |
| v. | )<br>) |
| WILLOW CREEK REHABILITATION AND NURSING CENTER, LLC | )<br>)<br>) |

### MEMORANDUM OF JUDGMENT

On October 25, 2007, judgment was entered in the United States District Court of the Northern District of Illinois in favor of the plaintiff, REHABCARE GROUP EAST, INC. d/b/a REHABCARE GROUP THERAPY SERVICES, INC. and against defendant, WILLOW CREEK REHABILITATION AND NURSING CENTER, LLC in the amount of $957,819.36.

*[signature]*
~~CLERK~~/JUDGE, UNITED STATES DISTRICT COURT
Date: 4/24/08

Atty. No.: 6292286
Name: Steven E. Anderson
Atty. For: Rehabcare
Address: One North Wacker Drive
City/State/Zip: Chicago, IL. 60606
Telephone: 312-357-1313
CHDS01 SANDERSON 459576v1